

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

David Meisell et al.,                              * From the 161st District Court
                                                             of Ector County
                                                             Trial Court No. B-16-12-1180-CV.

Vs. No. 11-17-00186-CV                     * October 18, 2018

Ector County Hospital District et al.,     * Per Curiam Memorandum Opinion
                                                             (Panel consists of: Bailey, C.J.,
                                                             Willson, J., and Wright, S.C.J.,
                                                             sitting by assignment)
                                                             (Willson, J., not participating)

This court has considered Appellants' unopposed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.